J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for CENTEX HOMES, a Nevada general partnership;
CENTEX REAL ESTATE CORPORATION, a Nevada corporation

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiffs,

v.

CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 1:13-cv-01687-LJO-GSA

**STIPULATION AND [PROPOSED] ORDER TO DISMISS**

Judge: Hon. Lawrence J. O'Neill

**WHEREAS**, Fidelity and Guaranty Insurance Company, The Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America (collectively, "Plaintiffs") and Centex Homes and Centex Real Estate Corporation (collectively "Defendants") stipulate to a dismissal of this action without prejudice, in favor of the pending State Court action entitled, *Centex Homes, et al v Windows by Advanced, Inc.*, (Fresno County Superior Court, Case No. 11 CE CG 02959), which raises similar claims;

**WHEREAS**, the parties agree to a mutual waiver of fees and costs.

DATED: November 27, 2013

PAYNE & FEARS LLP

By: /s/ *Jeffrey M. Hayes*
JEFFREY M. HAYES

Attorneys for CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation

DATED: November 27, 2013

THE AGUILERA LAW GROUP APLC

By: /s/ *Kari M. Myron* (as authorized on 11/27/13)
KARI M. MYRON

Attorneys for FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**ORDER**

This Court DIMSISSES without prejudice this action pursuant to the parties' stipulation. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **November 27, 2013**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100