1  J. Kelby Van Patten, Bar No. 167553
   kvp@paynefears.com
2  Jeffrey M. Hayes, Bar No. 246511
   jmh@paynefears.com
3  PAYNE & FEARS LLP
   Attorneys at Law
4  Jamboree Center, 4 Park Plaza, Suite 1100
   Irvine, California 92614
5  Telephone: (949) 851-1100
   Facsimile: (949) 851-1212
6
   Attorneys for CENTEX HOMES, a Nevada general partnership;
7  CENTEX REAL ESTATE CORPORATION, a Nevada corporation

8

9                    **UNITED STATES DISTRICT COURT**

10      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

11

12  FIDELITY AND GUARANTY INSURANCE          Case No. 1:13-cv-01687-LJO-GSA
    COMPANY, an Iowa corporation; THE
13  TRAVELERS INDEMNITY COMPANY OF           **STIPULATION AND [PROPOSED]**
    CONNECTICUT, a Connecticut corporation;  **ORDER TO DISMISS**
14  TRAVELERS PROPERTY CASUALTY
    COMPANY OF AMERICA, a Connecticut        Judge:   Hon. Lawrence J. O'Neill
15  corporation,

16              Plaintiffs,

17       v.

18  CENTEX HOMES, a Nevada general
    partnership; CENTEX REAL ESTATE
19  CORPORATION, a Nevada corporation; and
    DOES 1 through 10, inclusive,
20
                Defendants.
21

22

23       **WHEREAS**, Fidelity and Guaranty Insurance Company, The Travelers Indemnity

24  Company of Connecticut, and Travelers Property Casualty Company of America (collectively,

25  "Plaintiffs") and Centex Homes and Centex Real Estate Corporation (collectively "Defendants")

26  stipulate to a dismissal of this action without prejudice, in favor of the pending State Court action

27  entitled, *Centex Homes, et al v Windows by Advanced, Inc*., (Fresno County Superior Court, Case

28  No. 11 CE CG 02959), which raises similar claims;

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1    **WHEREAS**, the parties agree to a mutual waiver of fees and costs.

2

3    DATED: November 27, 2013          PAYNE & FEARS LLP

4

5                                      By:        /s/ *Jeffrey M. Hayes*

6                                                  JEFFREY M. HAYES

7                                      Attorneys for CENTEX HOMES, a Nevada
                                       general partnership; CENTEX REAL ESTATE
8                                      CORPORATION, a Nevada corporation

9

10   DATED: November 27, 2013          THE AGUILERA LAW GROUP APLC

11

12

13                                     By:    /s/ *Kari M. Myron* (as authorized on 11/27/13)

                                              KARI M. MYRON

14
                                       Attorneys for FIDELITY AND GUARANTY
15                                     INSURANCE COMPANY, an Iowa corporation;
                                       THE TRAVELERS INDEMNITY COMPANY
16                                     OF CONNECTICUT, a Connecticut corporation;
                                       TRAVELERS PROPERTY CASUALTY
17                                     COMPANY OF AMERICA, a Connecticut
                                       corporation
18

19

20

21

22

23

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-
STIPULATION TO DISMISS

**ORDER**

This Court DIMSISSES without prejudice this action pursuant to the parties' stipulation. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 27, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100